**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | |
| **NATIVE WASHINGTONIAN, LLC** | : | **Case No. 23-00240-ELG** |
| | : | **(Chapter 13)** |
| | : | |
| **Debtor** | : | |

<u>**ORDER WITHDRAWING APPEARANCE**</u>

Upon consideration of Frank Morris II Motion to Withdraw as counsel in this case, good cause having been shown and the record herein it is hereby,

**ORDERED,** that the appearance of Frank Morris II as counsel for the above debtor is withdrawn.

I ask for this:

/s/ Frank Morris II
Frank Morris II, Esq.
Law Office of Frank Morris II
8201 Corporate Drive
Suite 260
Hyattsville, MD 20785
(301) 731-1000
(301) 731-1206 (facsimile)
frankmorrisaw@yahoo.com
*Counsel for Debtor*

CC:    Debtors
        Counsel
        Chapter 11 Trustee

1

All Creditors
U.S. Trustee

**END OF ORDER**