```
Label Matrix for local noticing          Native Washingtonian PLLC              U. S. Trustee for Region Four
0090-1                                   3901 17th Place, NE                    U. S. Trustee's Office
Case 23-00240-ELG                        Washington, DC 20018-2315              1725 Duke Street
United States Bankruptcy Court for the Distri                                   Suite 650
Washington, D.C.                                                                Alexandria, VA 22314-3489
Fri Sep  1 17:34:45 EDT 2023

Washington, D.C.                         DC Tax & Revenue                       DC Water and Sewer Authority
E. Barrett Prettyman U. S. Courthouse    1101 4th Street, SW                    P.O. Box 97200
333 Constitution Ave, NW #1225           Suite W270                             Washington, DC 20090-7200
Washington, DC 20001-2802                Washington, DC 20024-4457


(p)PEPCO                                 Russell S. Drazin, Esquire             Washington Capital Partners
LEGAL SERVICES                           Pardo Drazin, LLC                      8401 Greensboro Drive
PEPCO HOLDINGS INC                       4400 Jenifer Street, NW                Suite 960
701 NINTH ST NW SUITE 1100               Suite 2                                Mc Lean, VA 22102-5149
WASHINGTON DC 20068-0001                 Washington, DC 20015-2089


Washington Gas                           Washington Gas                         Frank Morris II
101 Constitution Avenue, NW              6801 Industrial Road                   Law Office of Frank Morris, II
Washington, DC 20080-0001                Springfield, VA 22151-4205             8201 Corporate Dr.
                                                                                Suite 260
                                                                                Landover, MD 20785-2228
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Pepco                                    End of Label Matrix
701 Ninth Street, NW                     Mailable recipients    11
Washington, DC 20068-0001                Bypassed recipients     0
                                         Total                  11
```