The order below is hereby signed.

Signed: November 22 2023



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| NATIVE WASHINGTONIAN, LLC | : | Case No. 23-00240-ELG |
| | : | (Chapter 13) |
| | : | |
| Debtor | : | |

## ORDER WITHDRAWING APPEARANCE

Upon consideration of Frank Morris II Motion to Withdraw as counsel in this case, good cause having been shown and the record herein it is hereby,

**ORDERED,** that the appearance of Frank Morris II as counsel for the above debtor is withdrawn.

I ask for this:

/s/ Frank Morris II
Frank Morris II, Esq.
Law Office of Frank Morris II
8201 Corporate Drive
Suite 260
Hyattsville, MD 20785
(301) 731-1000
(301) 731-1206 (facsimile)
frankmorrisaw@yahoo.com
*Counsel for Debtor*

CC:  Debtors
     Counsel
     Chapter 11 Trustee

1

All Creditors
U.S. Trustee

**END OF ORDER**