UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No. 23-00240-ELG** |
| **NATIVE WASHINGTONIAN, LLC:** | | **Chapter 11** |
| | : | |
| | : | |
| **Debtor** | : | |

## ORDER GRANTING MORRIS MARGULIES, LLC APPLICATION FOR COMPENSATION IN A CASE UNDER CHAPTER 11

Upon consideration of the Application for Compensation in a Case under Chapter 11 (the "Application") filed by Frank Morris II and Morris Margulies, LLC (the "Applicant") as attorney to Native Washingtonian, LLC, the debtor and debtor in possession herein (the "Debtor") covering the period August 29, 2023 through November 16, 2023 (the "Application Period"), appropriate notice having been given, no objections appearing and this Court having found that just and sufficient cause exists for the compensation requested therein, it is, by the United States Bankruptcy Court for the District of Columbia,

ORDERED:

1. That the Application be and is hereby APPROVED.

1

2.  That the Debtor is hereby authorized and directed to pay the Applicant and judgment is awarded in the amount of **$12,437.50**, representing $12,437.50 for fees and $0.00 for out-of-pocket expenses and costs necessarily incurred during the Application Period.

3. That the fees and expenses approved herein may be paid, in part, by payment to the Applicant of the retainer previously received by the Applicant in the amount of $4,877.50. The remaining $7,560.00 shall be paid to the Applicant by the Debtor.


I ask for this:

/s/ Frank Morris II
Frank Morris II, Esquire
Bar No. 023091
Law Office of Frank Morris II
8201 Corporate Drive
Suite 260
Hyattsville, MD 20785
(301) 731-1000
(301) 731-1206 (facsimile)
frankmorrisaw@yahoo.com
Counsel for Debtor



Cc:
Counsel for Debtor
Chapter 11 Trustee
U.S. Trustee
All Creditors
All Interested Parties

**END OF ORDER**

1