```
Label Matrix for local noticing          Native Washingtonian LLC              U. S. Trustee for Region Four
0090-1                                   3901 17th Place, NE                   U. S. Trustee's Office
Case 23-00240-ELG                        Washington, DC 20018-2315             1725 Duke Street
United States Bankruptcy Court for the Distri                                  Suite 650
Washington, D.C.                                                               Alexandria, VA 22314-3489
Tue Dec 12 21:03:25 EST 2023

WCP Fund I LLC                           Washington, D.C.                      DC Tax & Revenue
c/o Maurice B. VertSandig, Esq.          E. Barrett Prettyman U. S. Courthouse 1101 4th Street, SW
The VerStandig Law Firm, LLC             333 Constitution Ave, NW #1225        Suite W270
1452 W. Horizon Ridge Pkwy               Washington, DC 20001-2802             Washington, DC 20024-4457
#665
Henderson, NV 89012-4422

(p)DC WATER                              DC Water and Sewer Authority          (p)PEPCO
ATTN COLLECTIONS DEPARTMENT              P.O. Box 97200                        LEGAL SERVICES
1385 CANAL STREET SE                     Washington, DC 20090-7200             PEPCO HOLDINGS INC
WASHINGTON DC 20003-5015                                                       701 NINTH ST NW SUITE 1100
                                                                               WASHINGTON DC 20068-0001

Russell S. Drazin, Esquire               Washington Capital Partners           Washington Gas
Pardo Drazin, LLC                        8401 Greensboro Drive                 101 Constitution Avenue, NW
4400 Jenifer Street, NW                  Suite 960                             Washington, DC 20080-0001
Suite 2                                  Mc Lean, VA 22102-5149
Washington, DC 20015-2089

Washington Gas
6801 Industrial Road
Springfield, VA 22151-4205
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
DC Water                                 Pepco                                 End of Label Matrix
1385 Canal Street SE                     701 Ninth Street, NW                  Mailable recipients   12
Washington DC 20003                      Washington, DC 20068-0001             Bypassed recipients    0
                                                                               Total                 12
```