The order below is hereby signed.

Signed: January 17 2024



*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** <br><br> **Native Washingtonian, LLC,** <br><br> Debtor. | **Case No. 23-00240-ELG** <br><br> **Chapter 11** |

### ORDER DENYING MOTION TO VACATE THE ORDER TO DISMISS THE BANKRUPTCY CASE

Upon consideration of the motion filed by Native Washingtonian, LLC ("Debtor") to Vacate the Order Dismissing the Bankruptcy Case ("Motion"), and for the reasons stated on the record at the hearing held on January 17, 2024, it is hereby

ORDERED that the Motion of the Debtor is hereby DENIED.

I Ask For This:

GERARD R. VETTER
Acting United States Trustee, Region 4

By: */s/ Kristen S. Eustis*
Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov


Copies to:

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

William C. Johnson, Jr. wcjjatty@yahoo.com, wcjjatty@yahoo.com; johnsonwr90391@notify.bestcase.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

All creditors on mailing matrix

**END OF ORDER**