| | | |
|---|---|---|
| Label Matrix for local noticing<br>0090-1<br>Case 23-00242-ELG<br>United States Bankruptcy Court for the Distri<br>Washington, D.C.<br>Sun Dec 24 21:14:47 EST 2023 | 441 Kennedy ST NW ACDC, LLC<br>c/o Dylan G. Trache<br>Nelson Mullins Riley & Scarborough LLP<br>101 Constitution Ave NW, Suite 900<br>Washington, DC 20001-2133 | Child Support Services Division<br>Office of the Attorney General<br>Judiciary Square 441 4th Street, NW<br>5th Floor<br>Washington, DC 20001 |
| D.C. Office of Tax and Revenue<br>Bankruptcy Division<br>1101 4th Street SW<br>Washington, DC 20024-4457 | D.C. Unemploy. Comp. Board<br>6th and Penna. Ave., N.W.<br>Washington, DC 20001-2106 | DC Office of Attorney General<br>DC Office of Attorney General<br>400 6th Street, N.W.<br>Washington, DC 20001-0189 |
| DC Unemploy. Comp. Board<br>609 H St., NE<br>Room 3530367<br>Washington, DC 20002-7184 | (p)DC WATER<br>ATTN COLLECTIONS DEPARTMENT<br>1385 CANAL STREET SE<br>WASHINGTON DC 20003-5015 | District Unemployment Compensation Board<br>4058 Minnesota Ave., NE<br>4th Floor<br>Washington, DC 20019-3540 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Ofc of Corp. Counsel<br>1 Judiciary Sq.<br>441 4th St., N.W.<br>6th Fl. North, Ste 1060<br>Washington, DC 20001-2714 | Office of Attorney General<br>Tax, Bankruptcy, and Finance<br>One Judiciary Square<br>441 4th Street, NW<br>6th Floor<br>Washington, DC 20001-2714 |
| Secretary of the Treasury<br>15th and Pennsylvania Aveneu, NW<br>Washington, DC 20220-0001 | Securities and Exchange Commission<br>Atlanta Regional Office<br>Office of Reorganization<br>950 East Paces Ferry Road NE, Ste. 900<br>Atlanta, GA 30326-1382 | U. S. Trustee for Region Four<br>U. S. Trustee's Office<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 |
| U.S. Attorney's Office<br>Civil Division<br>601 D Street, NW<br>Washington, DC 20530-0034 | U.S. Environmental Protection Agency<br>US EPA Region 3<br>Attn: Bettina Dunn, Paralegal Specialist<br>Office of Regional Counsel<br>1650 Arch Street (3RC60)<br>Philadelphia, PA 19103-2029 | Uptown Holdings, LLC<br>3823 Pope Street, SE<br>Washington, DC 20020-2357 |
| WCP Fund I LLC<br>c/o Maurice B. VertSandig, Esq.<br>The VerStandig Law Firm, LLC<br>1452 W. Horizon Ridge Pkwy<br>#665<br>Henderson, NV 89012-4422 | Washington, D.C.<br>E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001-2802 | DC GOV'T OFFICE OF TAX AND REVENUE<br>PO BOX 37559<br>WASHINGTON DC 20013-7559 |
| DC GOV'T OFFICE OF TAX AND REVENUE<br>PO BOX 75520 WASHINGTON DC 20013 | DC Tax & Revenue<br>1101 4th Street, SW<br>Suite W270<br>Washington, DC 20024-4457 | DC Water and Sewer Authority<br>P.O. Box 97200<br>Washington, DC 20090-7200 |
| Russell S. Drazin, Esquire<br>Pardo Drazin, LLC<br>4400 Jenifer Street, NW<br>Suite 2<br>Washington, DC 20015-2089 | Washington Capital Partners<br>8401 Greensboro Drive<br>Suite 960<br>Mc Lean, VA 22102-5149 | Carlyn Winter Prisk<br>US Environmental Protection Agency<br>Region III (3HS62)<br>1650 Arch St.<br>Philadelphia, PA 19103-2029 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
DC Water                              (d)DC Water
1385 Canal Street SE                  1385 Canal Street SE
3rd Floor                             Wahington, DC 20003
Washington DC, DC 20003
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)441 Kennedy ST NW ACDC, LLC        End of Label Matrix
c/o Dylan G. Trache                   Mailable recipients    26
Nelson Mullins Riley & Scarborough LLP Bypassed recipients    1
101 Constitution Avenue, NW, Suite 900 Total                 27
Washington, DC 20001-2133
```