William C. Johnson, Jr., Esq.
Fed Bar No. 470314
6305 Ivy Lane, Suite 630
Greenbelt, Maryland 20770
(301) 477-3450
William@JohnsonLG.Law
Counsel for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

IN RE:                                              *
    Native Washingtonian, LLC         *    Case No. 23-00240
        Debtor.                     *    (Chapter 11)
_____*

## **DEBTOR'S REQUEST TO WITHDRAW DOCUMENT**

**COMES NOW** the debtor Native Washingtonian, LLC, represented by counsel William C. Johnson Jr., Esq., hereby request the Clerk of this honorable Court to withdraw document number 43. In support of thereof the debtor states as follows:

1. The debtor filed the Motion to Vacate, Dkt. No. 43, in the instant Chapter 11 case on January 19, 2024.

2. The debtor now requests Dkt. No. 43, Motion to Vacate be withdrawn.

**WHEREFORE**, the debtor prays then Clerk of this honorable Court withdraw Dkt. No. 43, Motion to Vacate the Order to Dismiss the Bankruptcy Case.

January 30, 2024                                 */s/ William C. Johnson, Jr.*
                                                     William C. Johnson, Jr., Esq.
                                                     Fed Bar No. 470314
                                                     6305 Ivy Lane
                                                     Suite 630
                                                     Greenbelt, Maryland 20770
                                                     (301) 477-3450
                                                     (202) 525-2958
                                                     Fax (301) 477-4813
                                                     William@JohnsonLG.Law

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this day of January 30, 2024, a copy of the foregoing was sent via first class mail, postage pre-paid to the following:

Office of the U.S. Trustee
1725 Duke Street
Suite 630
Alexandria, VA 22314

All creditors on Mailing Matrix

January 30, 2024                    */s/ William C. Johnson, Jr.*
                                    William C. Johnson, Jr., Esq.